
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

SELWIN MILLS,

Defendant.

Case No. 5:02-cr-22-01

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Docs. 59, 67, 71)

The Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 59) is before the court. On February 5, 2018, the Magistrate Judge filed his Report and Recommendation (Doc. 71) regarding the Government's Motion to Transfer or Dismiss Petition (Doc. 67), which the Government filed in response to the Defendant's motion. A copy of the Report and Recommendation was mailed to the address on file for the Defendant. On February 20, 2018, the Report and Recommendation was returned to the court with a label stating "Inmate Temporarily Absent." The court determined that the Defendant had been moved to Brooklyn MDC, and remailed a copy of the Report and Recommendation to him at his new address. As of today, more than two months later, no objection has been filed.

After careful review of the file and the Magistrate Judge's Report and Recommendation, this court **ADOPTS** the Magistrate Judge's recommendations in full for the reasons stated in the Report. The Defendant's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED**. The Government's Motion to Transfer or Dismiss Petition (Doc. 67) is **DENIED**. No certificate of appealability shall issue.

Dated at Rutland, in the District of Vermont, this 3 day of May, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court